# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| JOEL DESERTO, ) | |
|    Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:22-cv-00096-JRH-BKE |
| v. ) | |
| ) | |
| AIYAN DIABETES CENTER, INC., ) | JURY TRIAL DEMANDED |
| And DR. SIVAKUMAR JAYABALAN,) | |
| In his Personal Capacity ) | |
|    Defendants. ) | |

## NOTICE OF LEAVE

This Notice of Leave, pursuant to FRCP 83, notifies this Court and requests that no hearings or trial shall be scheduled to take place with regard to this action on the following dates:

    August 22, 2022 to September 7, 2022; (Family Vacation)

Submitted this 29th day of July 2022.

                                        BY: /s/*Beverly A. Lucas*
                                        BEVERLY A. LUCAS
                                        GA State Bar No. 427692

LUCAS & LEON, LLC
Post Office Box 752
Clarkesville, Georgia 30523
Telephone: 706-754-2001
Fax: 706-754-8085
Beverly@lucasandleon.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| JOEL DESERTO, ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:22-cv-00096-JRH-BKE |
| v. ) | |
| ) | |
| AIYAN DIABETES CENTER, INC., ) | JURY TRIAL DEMANDED |
| And DR. SIVAKUMAR JAYABALAN,) | |
| In his Personal Capacity ) | |
| Defendants. ) | |

## CERTIFICATE OF FONT COMPLIANCE
## REQUIRED BY LOCAL RULE 7.1D AND SERVICE

In accordance with Local Rule 7.1D, I hereby certify that the foregoing was prepared with one of the font and point selections approved by the Court in Local Rule 5.1B. Specifically, it was prepared with Times New Roman, 14 point.

This is to certify that I electronically filed this **Notice of Leave** with the Clerk of Court using the CM/ECF system. Defendant Aiyan Diabetes Center, Inc. was served a copy of this Notice of Leave via the United States Postal Service by sending a copy of the Notice to Leave to their Registered Agent, Registered Agents, Inc. at the following address:

Registered Agents, Inc.
300 Colonial Center Parkway
Suite 100N
Roswell, Georgia 30076

This 29th day of July 2022

>BY: /s/*Beverly A. Lucas*
>BEVERLY A. LUCAS
>GA State Bar No. 427692
>Beverly@lucasandleon.com
>Post Office Box 752
>Clarkesville, Georgia 30523
>Telephone: 706-754-2001
>Fax: 706-754-8085

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| JOEL DESERTO, ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:22-cv-00096-JRH-BKE |
| v. ) | |
| ) | |
| AIYAN DIABETES CENTER, INC., ) | JURY TRIAL DEMANDED |
| And DR. SIVAKUMAR JAYABALAN,) | |
| In his Personal Capacity ) | |
| Defendants. ) | |

## CERTIFICATE OF FONT COMPLIANCE
## REQUIRED BY LOCAL RULE 7.1D AND SERVICE

In accordance with Local Rule 7.1D, I hereby certify that the foregoing was prepared with one of the font and point selections approved by the Court in Local Rule 5.1B. Specifically, it was prepared with Times New Roman, 14 point.

This is to certify that I electronically filed this **Notice of Leave** with the Clerk of Court using the CM/ECF system. Defendant Dr. Sivakumar Jayabalan was served a copy of this Notice of Leave via the United States Postal Service at the following address:

Dr. Sivakumar Jayabalan
594 Medinah Drive
Augusta, Georgia 30907

This 29th day of July 2022

                                  BY: /s/*Beverly A. Lucas*
                                  BEVERLY A. LUCAS
                                  GA State Bar No. 427692
                                  Beverly@lucasandleon.com
                                  Post Office Box 752
                                  Clarkesville, Georgia 30523
                                  Telephone: 706-754-2001
                                  Fax: 706-754-8085