AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Dr. Sivakumar Jayabalan**
was received by me on *(date)* **9-19-22**.

☒ I personally served the summons on the individual at *(place)* **Dr. Sivakumar Jayabalan 594 Medinah Drive, Augusta GA** on *(date)* **9/19/22** ; or **6:46pm**

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **9/19/22**

*Chris Green* (Server's signature)

**Chris Green, Process Server**
Printed name and title

**404 5th Street, Augusta, GA 30901**
Server's address

Additional information regarding attempted service, etc: