IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOEL DESERTO,

    Plaintiff,

v.                                              Case No. 1:22-cv-00096-JRH-BKE
                                              Notices of Appearance

AIYAN DIABETES CENTER, INC.,
and DR. SIVAKUMAR
JAYABALAN, in his Personal
Capacity,

    Defendants.
_____/

## NOTICES OF APPEARANCE OF
## IAN E. SMITH AND WHITNEY M. DUPREE

PLEASE TAKE NOTICE of the appearance of Ian E. Smith, Esquire, and Whitney M. DuPree, Esquire, of Spire Law, PLLC, as counsel of record for the Defendants, Aiyan Diabetes Center, Inc. and Dr. Sivakumar Jayabalan.

Dated this 5th day of October, 2022.

                                              Respectfully submitted,
                                              SPIRE LAW, PLLC
                                              2572 W. State Road 426, Suite 2088
                                              Oviedo, Florida 32765

                                              By: */s/ Ian E. Smith*
                                                   Ian E. Smith, Esq.
                                                   Georgia Bar No. 661492

By: */s/ Whitney M. DuPree*
Whitney M. DuPree, Esq.
Georgia Bar No. 880908
whitney@spirelawfirm.com
ian@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com

Attorney for Defendants | Aiyan Diabetes Center, Inc. and Dr. Sivakumar Jayabalan

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/*Ian E. Smith*
Attorney