IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOEL DESERTO,

    Plaintiff,

v.                          Case No. 1:22-cv-00096-JRH-BKE
                              Defendants' Certificate of
                              Interested Persons and Corporate
                              Disclosure Statement

AIYAN DIABETES CENTER, INC.,
and DR. SIVAKUMAR JAYABALAN,
in his Personal Capacity,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants Aiyan Diabetes Center, Inc. and Dr. Sivakumar Jayabalan, by and through the undersigned counsel of record, pursuant to Local Rule 7.1.1 and Fed. R. Civ. P., and hereby submit the Certificate of Interested Persons and Corporate Disclosure Statement, as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A. Joel Deserto – Plaintiff

    B. Aiyan Diabetes Center, Inc. - Defendant

    C. Dr. Sivakumar Jayabalan - Defendant

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A. None

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    A. Beverly A. Lucas – Counsel for Plaintiff

    B. Lucas & Leon, LLC – Counsel for Plaintiff

    C. Ian E. Smith, Esquire – Counsel for Defendants

    D. Whitney DuPree, Esquire – Counsel for Defendants

    E. Spire Law, PLLC – Counsel for Defendants

Dated this 5th day of October, 2022.

                              Respectfully submitted,

                              SPIRE LAW, LLC
                              2572 W. State Road 426, Suite 2088
                              Oviedo, Florida 32765

                              By:   */s/ Ian E. Smith*

                                                Ian E. Smith, Esq.
                                                Georgia Bar No. 661492
                                                Whitney M. DuPree, Esq.
                                                Georgia Bar No. 880908
                                                whitney@spirelawfirm.com
                                                ian@spirelawfirm.com
                                                filings@spirelawfirm.com

                                                ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October 2022, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of District Court, Southern District of Georgia via the Court Clerk's CM/ECF which will send a notice of electronic filing to all counsel of record.

                                                /s/ *Ian E. Smith*
                                                Ian E. Smith
                                                Georgia Bar No. 661492