IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOEL DESERTO,

    Plaintiff,

v.                                               Case No. 1:22-cv-00096-JRH-BKE

AIYAN DIABETES CENTER, INC.,
and DR. SIVAKUMAR JAYABALAN,
in his Personal Capacity,

    Defendants.
_____/

## [proposed] ORDER

**THIS MATTER** is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and to Respond to Plaintiff's Motion for Repayment of Costs Associated with Services of Defendants and Collection of Such. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. All Defendants shall respond to Plaintiff's Complaint and Plaintiff's Motion for Repayment of Costs Associated with Services of Defendants and Collection of Such on or before October 21, 2022.

**DONE AND ORDERED** this \_\_\_ day of _____, 2022, in the United States District Court, Southern District of Georgia.

_____
Brian K. Epps
United States Magistrate Judge
Southern District of Georgia

cc: Counsel of Record