## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| JOEL DESERTO,<br>    Plaintiff, | )<br>)   CIVIL ACTION FILE NO.:<br>)   1:22-cv-00096-JRH-BKE |
| v. | )<br>) |
| AIYAN DIABETES CENTER, INC.,<br>And DR. SIVAKUMAR JAYABALAN,<br>Personal Capacity<br>    Defendants. | )  JURY TRIAL DEMANDED<br>)<br>)<br>) |

## DISCLOSURE STATEMENT
## S.D. Ga. LR 7.1.1

The undersigned, counsel of record for Joel Deserto, certifies that the following is a full and complete list of the parties in this action:

**Name: Joel Deserto**      **Identification & Relationship: Plaintiff**

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above identified parties:

**Name: Dr. Janaki Nadarajah, CEO, CFO and Secretary of Aiyan Diabetes Center, Inc. (She is all the officers of the corporation). Identification & Relationship: Defendant and Officers**

**Name: Dr. Sivakumar Jayabalan**

**Identification & Relationship: Defendant**

1

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

**Name: Beverly A. Lucas**         **Identification & Relationship: Plaintiff Attorney**

**Name: Lucas & Leon, LLC**    **Identification & Relationship: Plaintiff Attorney Firm**

**Name: Ian E. Smith**               **Identification & Relationship: Defendant Attorney**

**Name: Whitney M. Dupree**  **Identification & Relationship: Defendant Attorney**

**Name: Spire Law, PLLC**       **Identification & Relationship: Defendant Attorney Firm**

/s/Beverly A. Lucas                                                    October 11, 2022
Signature                                                                       Date

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| JOEL DESERTO,               )<br>    Plaintiff,                          )<br>                                          )<br>v.                                       )<br>                                          )<br>AIYAN DIABETES CENTER, INC.,  )<br>And DR. SIVAKUMAR JAYABALAN,)<br>Personal Capacity              )<br>    Defendants.                     ) | CIVIL ACTION FILE NO.:<br>1:22-cv-00096-JRH-BKE<br><br><br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF FONT COMPLIANCE**
**REQUIRED BY LOCAL RULE 7.1D AND SERVICE**

In accordance with Local Rule 7.1D, I hereby certify that the foregoing was prepared with one of the font and point selections approved by the Court in Local Rule 5.1B. Specifically, it was prepared with Times New Roman, 14 point.

This is to certify that I electronically filed this **Disclosure Statement** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Ian E. Smith
Spire Law, PLLC
2572 W. State Road 426
Suite 2088
Oviedo, Florida 32765

Whitney M. Dupree
Spire Law, PLLC
2572 W. State Road 426
Suite 2088
Oviedo, Florida 32765

3

This 11th day of October 2022

                                 BY: /s/*Beverly A. Lucas*
                                 BEVERLY A. LUCAS
                                 GA State Bar No. 427692
                                 Beverly@lucasandleon.com
                                 Post Office Box 752
                                 Clarkesville, Georgia 30523
                                 Telephone: 706-754-2001
                                 Fax: 706-754-8085