AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOEL DESERTO,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 122-096

AIYAN DIABETES CENTER, INC., and
DR. SIVAKUMAR JAYABALAN,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order entered June 16, 2023, granting the Parties' Second Joint Motion for Settlement approval and finding dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is dismissed with prejudice. Each party shall bear its own costs and fees except as otherwise ordered. This case stands closed.



| 6/16/2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |

*(signature)*

(By) Deputy Clerk

GAS Rev 10/2020